**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00309-CV

## IN THE INTEREST OF X.P., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-30148-2017**

## ORDER

Before the Court is appellant's April 9, 2019 motion to abate appeal and alternatively motion to extend time to file brief. Because this is an accelerated appeal in a parental termination case, we **GRANT** the motion to the extent we **ORDER** appellant's brief be filed no later than April 30, 2019.

/s/    KEN MOLBERG
         JUSTICE